# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HUITRON-MEJIA,<br><br>Defendant. | Case No. CR13-360RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial and Pretrial Motions Dates" (Dkt. # 15). Having considered the facts set forth in the motion, defendant's knowing and voluntary waiver (Dkt. # 16), and remainder of the record, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to insure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date shall be continued from January 21, 2014, to March 24, 2014. The period of delay between the date the

ORDER CONTINUING TRIAL DATE - 1

stipulated motion (Dkt. # 15) was filed, and March 24, 2014, is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

Pretrial motions are to be filed no later than February 14, 2014.

DATED this 3rd day of January, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2