UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE HUITRON-MEJIA,<br><br>    Defendant. | Case No.  CR13-360RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

    This matter comes before the Court on defendant's "Stipulated Motion to Continue Trial and Pretrial Motions Dates," dkt. # 21.  Having considered the facts set forth in the motion, defendant's knowing and voluntary waiver (Dkt. # 22), and remainder of the record, the Court finds as follows:

    1.    A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

    2.    The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

    IT IS THEREFORE ORDERED that the trial date shall be continued from March 24, 2014, to June 23, 2014.  The period of time between the date this motion was filed

ORDER CONTINUING TRIAL DATE - 1

1 | until the new trial date, June 23, 2014, is excluded for speedy trial purposes pursuant to
2 | § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

4 |     Pretrial motions are to be filed no later than May 16, 2014.

6 |     DATED this 25th day of February, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2